IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| PATRICIA LYNN MANIN, *Executrix* under the Last Will and Testament of John Leroy Redd | * * * * | |
| Plaintiff | * * * | CASE NO. 7:23-cv-00008-HL |
| BANK OF AMERICA, N.A., A NATIONAL BANKING ASSOCIATION *and* AUCTION.COM ENTERPRISES, LLC. | * * * * | |
| Defendant | * | |

**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now attorneys for all parties, and hereby entered into this stipulation of dismissal as provided by Rule 41 Federal Rules of Civil Procedure. A settlement having been reached in this matter, and as part thereof plaintiff has agreed to dismiss this action with prejudice and the defendants have accepted the same, the parties herby stipulate that the within and foregoing action is hereby dismissed by the plaintiffs, with prejudice.

SO STIPULATED,

This 24 day of August, 2023.

_Patricia Lynn M___
Patricia Lynn Manin, Executrix
Plaintiff

THE ELLERBEE LAW FIRM, P.C.

O. Wayne Ellerbee
P.O. Box 25
Valdosta, Georgia 31603-0025
(229) 242-2211
wellerbee@bellsouth.net

BY: */s/ O. Wayne Ellerbee/*
(O. Wayne Ellerbee)
ATTORNEY FOR PLAINTIFF
STATE BAR NO. 243700

WM. AL TURNER, JR.

Wm. Al Turner, Jr.
P. O. Box 819
Valdosta, GA 31603
(229) 244-4811
alturner@wmalturnerlaw.com

BY: */s/ Wm. A. Turner, by O. Wayne Ellerbee – with Permission/*
(Wm. Al Turner, Jr.)
STATE BAR NO. 719875
ATTORNEY FOR PLAINTIFF

AGREED AND STIPULATED BY:

Bank of America, N.A.

*/s/ Casondra R. Turner/* (mw)
Casondra R. Turner
Mcguire Woods
Promenade
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309-3534
cturner@mcguirewoods.com

Auction.com Enterprises, LLC.

*/s/ Steven Flynn w/ express permission/* (mw)
Steven Flynn
Locke Lord
Terminus 200, Suite 2000
3333 Piedmont Road NE
Atlanta, Georgia 30305
steven.flynn@lockelord.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PATRICIA LYNN MANIN,<br>Executrix under the Last Will and<br>Testament of John Leroy Redd,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., A<br>NATIONAL BANKING<br>ASSOCIATION, and<br>AUCTION.COM<br>ENTERPRISES, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 7:23-cv-00008-HL |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the undersigned date, I electronically filed the foregoing *Voluntary Stipulation of Dismissal with Prejudice* with the Clerk of the Court using the CM/ECF System which served a copy of the same on all counsel of record.

This 28th day of August 2023.

                                              */s/ Casondra R. Turner*
                                              Casondra R. Turner
                                              Georgia Bar No. 418426

McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5708 (Telephone)
cturner@mcguirewoods.com
*Attorney for Bank of America, N.A.*